Jan Kulmann, in her official capacity as Mayor of the city of Thornton and The City of Thornton, Colorado, a Colorado municipal corporation, Petitioners v. Cherish Salazar. Respondent No. 22SC135
Supreme Court of Colorado
March 21, 2022
 Court of Appeals Case No. 21CA2019 
 
 Petition for Writ of Certiorari Pursuant to C.A.R. 50 GRANTED. 
 Whether the Office of Mayor is sufficiently distinct from the Office of Councilmember in the City of Thornton such that a term of office for one cannot be used as a term of office for the other in calculating Section 11's two-term restriction. 
 Whether an elected official who only serves a partial term of office for legitimate reasons counts towards the calculation of Section 11's two-term restriction. 
 1